IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY HISTON, | ) | No. C 09-0979 JSW (PR) |
| Plaintiff, | ) ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | ) ) | |
| JAMES TILTON, et al, | ) ) | (Docket No. 7) |
| Defendants. | ) ) | |

     Good cause appearing, Plaintiff's motion for an extension of time to file an amended complaint is GRANTED (docket no. 7). Plaintiff is reminded that the amended complaint should not be lengthy, but should provide a short and plain statement regarding each claim as set forth under Rule 8 of the Federal Rules of Civil Procedure. Plaintiff shall file his amended complaint on or before thirty days from the date of this order.

     IT IS SO ORDERED.

DATED: July 29, 2009

*Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

LARRY HISTON,

        Plaintiff,

  v.

JAMES TILTON et al,

        Defendant.

Case Number: CV09-00979 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Histon
J79124
San Quentin State Prison
San Quentin, CA 94974

Dated: July 29, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk